**WO**

## *UNITED STATES DISTRICT COURT*
### DISTRICT OF ARIZONA

**United States of America**

    **v.**

Bradley Schroeder

USM # 82669-008

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

**No.** CR 04-0718-1-PHX-DKD

Amy Nguyen and Michael Kimerer
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF** Guilty on 08/04/2004 to Counts 1 and 2 of an Information.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE OFFENSE(S) OF** violating Title 26, USC 7203, Willful Failure to File Return, a Class A misdemeanor.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is hereby sentenced to a term of Probation for **THIRTY-SIX (36) MONTHS** with no credit for the time already served on Probation. As set forth in General Order 04-11, all conditions of Probation previously imposed remain in effect with the following Special Conditions:  Defendant shall comply with the IRS in their investigation of the Defendant's tax liability for all tax years subject to investigation, Defendant shall pay all taxes plus interest and penalties for the tax years 1997 and 1998.  Additionally, per General Order 0536, Defendant shall not commit any federal, state or local crimes during the term of Probation.

**SPECIAL ASSESSMENT:** $50.00 (Paid)
**FINE:** $4,000.00 per Count ($8,000.00) with credit for $5,000.00 already paid
**RESTITUTION:** $38,799.00 with credit toward Restitution for payments made on tax liability for tax years 1997 and 1998 as set forth in the Special Conditions above.

**IT IS FURTHER ORDERED** that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

Date of Imposition of Sentence:  February 27, 2006

DATED this 3rd day of March, 2006.

_____
David K. Duncan
United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____    By:_____
United States Marshal                                        Deputy Marshal