**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | No. CR 04-0718-PHX-DKD |
| Plaintiff, ) | |
| vs. ) | **ORDER RE: EXHIBITS** |
| Bradley Schroeder, ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the exhibits marked and/or admitted in the above entitled case are to be returned to counsel/agents of record. Counsel/agents are directed to retain custody of the exhibits until the case has been completely terminated, including all appeals. Counsel are further directed to make the exhibits available for review by opposing counsel, as necessary, for appeal.

IT IS FURTHER ORDERED that the parties may pick up their respective exhibits from the Court Clerk's office during normal business hours and, pursuant to Local Rule 79.1(c). If the exhibits are not picked up within thirty (30) days of the Notice of Return of Exhibits, the Clerk may destroy or otherwise dispose of those exhibits.

DATED this 23rd day of March, 2006.

_____
David K. Duncan
United States Magistrate Judge